## No. 13,311.

MILLER v. McDONALD.
(371 P. [2d] 1119)

Decided November 5, 1934.

Judgment affirmed en banc without written opinion. Mr. Justice Butler, sitting for Mr. Chief Justice Adams. Mr. Chief Justice Adams and Mr. Justice Holland did not participate.

Mr. ISAAC MELLMAN, for plaintiff in error.

Mr. ALBERT G. CRAIG, Mr. CHARLES F. BRANNAN, for defendants in error.